___ FILED          ___ LODGED
___ RECEIVED    ___ COPY

JAN 0 2 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Trevor Reid
3920 E. Thomas Road #5723
Phoenix, AZ 85010
(386) 249-9739
trevor.d.reid@gmail.com
        *Defendant pro se*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

PIERCE PEAK LLC
DBA ARLO,

          Plaintiff,

v.

CRYSTALE J REASON, CAITLYN REID,
TREVOR D. REID AND JOHN AND JANE
DOES I-X,

          Defendants.

| |
|---|

CV24-00001-PHX-MTL

NOTICE OF REMOVAL

Bankruptcy, 28 U.S.C. § 1334
Federal Question, 28 U.S.C. § 1331

Jury Trial Demanded

Removed from the Justice Courts
of Maricopa County
(Encanto Precinct)

Case No. CC2023190801

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA:**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1334, 1452 Defendant Trevor

Reid ("Defendant"), hereby removes this action from the Maricopa County Justice

Courts (Encanto Precinct) to the United States District Court for the District of Arizona

on the following grounds:

1. Plaintiff Pierce Peak, LLC d/b/a Arlo ("Arlo" or the "Landlord") commenced

    this action on or about 9/26/2023 by filing its Complaint in the Maricopa

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE __LRCivP 5.4__
        (Rule Number/Section)

Notice of Removal

County Justice Court[1], after having previous eviction attempts dismissed and sealed because they were brought unlawfully.

2. The action is identified as Case No. CC2023190801 (the "State Court Action"). Copies of the Complaint, Amended Complaint, and other filings to date are attached as ATTACHMENT 1. Subdividers identify specific portions of the record per LRCiv 3.6(b).

3. Defendants in the State Court Action have the following active bankruptcy cases in the District for Arizona:

   CRYSTALE J REASON[2] — 2:23-bk-08892-BKM, filed on or about 12/12/2023, stay terminated on or about 12/26/2023;

   TREVOR DOUGLAS REID-2:23-BK-00008-MCW, filed 1/2/2024, stay not in effect

4. Defendant avers in his defenses and/or counterclaims in the State Court Action that the Landlord unlawfully retaliated against him by violating the Fair

---

[1] The Complaint was originally filed in the Justice Courts' Arcadia-Biltmore precinct. The case was transferred to the Encanto precinct on or about 10/2/2023 and remained there until this removal.

[2] Mrs. Reason is the legally separated spouse of Defendant. Their divorce is pending in Arizona.

U.S.C. §1334(e)(1). Important federal constitutional and civil rights issues predominate in this case which cannot justly be addressed in the state Justice Court in light of that court's limited resources and excessively expedited and pared down summary tribunal structure. Further, this Court has supplemental jurisdiction per 28 U.S.C. § 1367(a) to decide closely related claims, including state law claims.

8. Pursuant to 28 U.S.C. §1441(a), venue in this Court is proper because this is the District in which the Maricopa Justice Courts, where the State Court Action has been pending prior to removal, are located.

9. This Notice of Removal is timely within 30 days after entry of an order terminating a bankruptcy stay under which the State Court Action had been stayed. Also, accounting for the abeyance imposed by bankruptcy stays, This Notice is filed within 30 days after receipt by Defendant, through service, of the Summons and Complaint and less than one year after filing of the Complaint.

10. Defendant reserves the right to amend and/or supplement this Notice of Removal. Because Defendant is not in possession of every document filed in this matter nor an official docket and the record/exhibits are bulky, straining the ink and paper supply of household printing, Defendant requests, per LRCiv 3.6(c) at least 20 additional days to file additional materials to the record.

11. Currently pending at time of removal is Defendant's Second Motion to Dismiss, on which Defendant does request a ruling and intends to file a Notice of Pending Motion in this Court per LRCiv 3.6(d).

12. As of the time of filing, Defendants have not consented to entry of final orders or judgment by the bankruptcy court.

13. Per Federal Rule of Civil Procedure 81(c) and LRCiv 3.6(e), Defendant demands trial by jury.

14. A Notice of Filing of Notice of Removal will be filed with the Clerk for the Maricopa Justice Courts, Encanto Precinct and will also be served upon the Plaintiff and other parties. A copy of that Notice is ATTACHMENT 2.

15. A copy of the publicly available case docket from the Justice Court website is ATTACHMENT 3. A request to the Clerk for the Justice Court to receive a copy of the official docket is pending.

Accordingly, Defendant respectfully requests that this action be removed and that this Court assume full jurisdiction over this case as provided by law.

Respectfully submitted this 2nd day of January 2024,

Signed,

*Trevor D. Reid*

TREVOR D. REID, *Defendant pro se*

CERTIFICATE OF SERVICE


I certify that I have served or will promptly serve the foregoing, together with all

attachments/exhibits by mail and/or email on:

CRYSTALE J. REASON
CAITLYN REID
3920 E THOMAS ROAD 5723
PHOENIX, AZ 85010
     *Defendants, pro se*

SCOTT WILLIAMS
MARK ZINMAN
ZONA LAW GROUP
7701 E. Indian School Road, Ste J
Scottsdale, Arizona 85251-4041
attorneys@zona.law
     *Attorneys for Plaintiff Pierce Peak LLC*
     *d/b/a ARLO*