# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pierce Peak LLC, | NO. CV-24-00001-PHX-MTL |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Crystale J Reason, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 10, 2024, judgment of attorneys' fees is entered in favor of plaintiff and against defendants in the amount of $1,000.

Debra D. Lucas
District Court Executive/Clerk of Court

January 10, 2024

By  s/ Wendy Poth
Deputy Clerk