# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pierce Peak LLC, | No. CV-24-00001-PHX-MTL |
| Plaintiff, | **ORDER AND AMENDED ORDER TO SHOW CAUSE** |
| v. | |
| Crystale J. Reason, et al., | |
| Defendants. | |

This matter having come before the Court for a hearing on January 9, 2024, Plaintiff appeared through counsel, Defendant Trevor Reid appeared *pro se*, and Defendants Caitlyn Reid and Crystale Reason failed to appear.

For the reasons stated on the record, the Court finds and orders as follows.

**THE COURT FINDS** that this action was improperly removed from the Encanto Justice Court in Maricopa County, Arizona. This Court lacks subject matter jurisdiction over it. The Notice of Removal (Doc. 1) failed to confer federal subject matter jurisdiction because the underlying complaint does not present a federal question and the basis for diversity jurisdiction does not exist. Defendants' only argument in favor of subject matter jurisdiction derives from their defensive legal theories, which does not confer federal court jurisdiction. At all times, jurisdiction over this case remained with the Encanto Justice Court.

**THE COURT FURTHER FINDS** that the Notice of Removal (Doc. 1) was filed in bad faith and for the purpose of delay, harassment, and inappropriately expanding the

legal proceedings. There was no objectively reasonable basis for removal, nor was there a colorable argument supporting the existence of federal subject matter jurisdiction.

Accordingly,

**IT IS ORDERED** that Plaintiff's Emergency Motion to Remand to State Court (Doc. 6) is **GRANTED**. The Clerk of Court must **REMAND** this action to the Encanto Justice Court forthwith.

**IT IS FURTHER ORDERED** that the Notice of Removal (Doc. 1) is **STRICKEN** from the docket.

**IT IS FURTHER ORDERED** that, if any of the Defendants in this action file another notice of removal in the underlying action, Encanto Justice Court, Case No. CC-2023-190801, in the United States District Court for the District of Arizona, any future action shall be assigned to the undersigned United States District Judge, Michael T. Liburdi.

**IT IS FURTHER ORDERED** that Defendant Trevor Reid's Application for Leave to Proceed In Forma Pauperis (Doc. 2) is **DENIED** due to material errors present in the document.

**IT IS FURTHER ORDERED** that Defendant Trevor Reid's Motion for Reconsideration (Doc. 13) is **DENIED** for failure to follow the standards established in LRCiv 7.2(g).

**IT IS FURTHER ORDERED** that the non-appearing Defendants, Crystale J. Reason and Caitlyn A. Reid shall show cause in writing, no later than January 24, 2024, why they should not be sanctioned for failing to appear at the January 9, 2024 hearing after being ordered to do so. (Doc. 8.)[*]

**IT IS FURTHER ORDERED** that Defendant Trevor Reid must email a copy of this Order to the other Defendants, Crystale J. Reason and Caitlyn A. Reid, with a copy to Plaintiff's counsel, within 24 hours of receiving it. Defendant Trevor Reid shall file a notice

---

[*] The Court's prior Order to Show Cause (Doc. 16) has been amended to reflect the correct hearing date. In addition, the Court added a docket reference to its January 3, 2024 Order to Show Cause directing all Defendants to appear in-person at the January 9, 2024 hearing.

of compliance with this Court immediately after sending the email, providing a copy of the email as an exhibit to the notice of compliance.

**IT IS FURTHER ORDERED** that Plaintiff is awarded $1,000 in attorneys' fees pursuant to 28 U.S.C § 1447(c). This award shall be against all Defendants, jointly and severally. The Clerk of Court must enter a judgment in favor of Plaintiff and against Defendants consistent with this Order awarding attorneys' fees.

**IT IS FURTHER ORDERED** that this Order is effective immediately, such that any pending actions, orders, or writs in the Maricopa County Justice Court may proceed now, as if the Notice of Removal had never been filed.

**IT IS FURTHER ORDERED** that the Court will refer Defendant Trevor Reid to the State Bar of Arizona because there is reason to believe that he, a non-lawyer, is engaged in the unauthorized practice of law, to wit, he has provided and/or is providing legal advice and direction to the other Defendants in connection with the underlying state-court action, the bankruptcy proceedings, and in this improperly removed case.

**IT IS FINALLY ORDERED** that the Clerk of Court must close this case; however, the Court will retain jurisdiction to adjudicate the pending Order to Show Cause.

Dated this 10th day of January 2024.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge