# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Pierce Peak LLC, | No. CV-24-00001-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Crystale J. Reason, et al., | |
| Defendants. | |

Before the Court are Defendants Caitlyn A. Reid and Crystale J. Reason's Responses (Doc. 21; Doc. 22) to the Order to Show Cause for failure to appear at the January 9, 2024, hearing when ordered to do so. (Docs. 16, 18.) Both Defendants explain that they were unaware of the January 9, 2024, hearing until they received an email after the January 9, 2024, hearing. (Doc. 21 at 1-2; Doc. 22 at 1.)

Defendant Crystale J. Reason further explains that she "did not file the Notice of Removal in this case," and "did not sign and did not in any way join Defendant Trevor Douglas Reid's attempt to remove this case to federal court." (Doc. 21 at 2.) She says Mr. Reid "did not discuss the move" with her and "did not ask for [her] consent to the filing." (*Id.*) Ms. Reason's Response avows that Mr. Reid did not provide legal advice and direction to the Co-Defendants.

….

….

….

**IT IS ORDERED** that the Court will take no action and the Order to Show Cause (Docs. 16, 18) is discharged.

**IT IS FURTHER ORDERED** that, based on the avowals of the Co-Defendants, the Court will not refer Mr. Reid to the State Bar of Arizona. The Court, however, highly encourages Mr. Reid to familiarize himself with the rules regarding the unauthorized practice of law if he has not done so already.

**IT IS FINALLY ORDERED** that Mr. Reid must email a copy of this Order to Ms. Reason and Ms. Reid within 24 hours of receiving this Order, and contemporaneously file a notice of compliance.

Dated this 25th day of January, 2024.

Michael T. Liburdi
United States District Judge

- 2 -